**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-1658**

_____

ANTHONY GIBSON,

                    Plaintiff – Appellant,

          v.

HAMPTON ROADS SHIPPING ASSOCIATION; INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION, LOCAL 1248,

                    Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:09-cv-00300-RBS-FBS)

_____

Submitted:  January 19, 2011          Decided:  February 1, 2011

_____

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anthony Gibson, Appellant Pro Se.  Dean Taylor Buckius,
VANDEVENTER BLACK, LLP, Norfolk, Virginia; Lance Arlington
Jackson, Charles S. Montagna, MONTAGNA, KLEIN, CAMDEN, LLP,
Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Gibson appeals the district court's order granting judgment to Defendants in this action alleging employment discrimination based on disability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gibson v. Hampton Rds. Shipping Ass'n, No. 2:09-cv-00300-RBS-FBS (E.D. Va. May 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED